

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00308-CV

Don Ray White
v.
Marla Ramirez

On Appeal from the
53rd District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-002904

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be DISMISSED. The Court orders the appeal DISMISSED in accordance with its opinion. No costs are assessed as appellant filed an affidavit of inability to pay costs.

We further order this decision certified below for observance.

August 31, 2015